UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND SERVICE                     Case No. 11-15497
WORKERS INTERNATIONAL UNION,                      HON. GERSHWIN A. DRAIN
AFL-CIO-CLC; RONALD STRAIT, and
DANNY O. STEVENS, for themselves and
others similarly situated,

        Plaintiffs,

vs.

KELSEY-HAYES COMPANY, *et al.*,

        Defendants.
_____/

## **JUDGMENT**

The above entitled matter having come before the Court, and in accordance with the Opinion and Order entered on this date;

IT IS FURTHER ORDERED AND ADJUDGED judgment is hereby entered in favor of Plaintiffs and against Defendants.

Dated at Detroit, Michigan, this 24th, day of April, 2013

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              BY: T Bankston
                                              DEPUTY CLERK