UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL
UNION, AFL-CIO-CLC; RONALD STRAIT;
and DANNY O. STEVENS, for themselves
and others similarly-situated,

      Plaintiffs,

  v.

KELSEY-HAYES COMPANY; TRW
AUTOMOTIVE, INC.; and TRW
AUTOMOTIVE HOLDINGS CORP.,

      Defendants.
_____/

Case No. 11-15497
Class Action

U.S. District Judge
Gershwin A. Drain

### NOTICE OF DEATH OF PLAINTIFF AND
### CLASS REPRESENTATIVE RONALD STRAIT

    We notify the Court that we have been informed of the January 22, 2014 death of plaintiff and class representative Ronald Strait.

                                        s/Stuart M. Israel
                                        Stuart M. Israel (P15359)
                                        Legghio & Israel, P.C.
                                        306 South Washington, Suite 600
                                        Royal Oak, MI 48067
                                        (248) 398-5900
                                        israel@legghioisrael.com

January 28, 2014                   Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that on January 28, 2014, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of interest participating in the CM/ECF system.

                                                     s/Stuart M. Israel
                                                   Stuart M. Israel