# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 28, 2015

Mr. John G. Adam
Legghio & Israel
306 S. Washington, Suite 600
Royal Oak, MI 48067

Mr. Gilbert Brosky
Baker & Hostetler
1900 E. Ninth Street, Suite 3200
Cleveland, OH 44114

Mr. Bobby Roy Burchfield
King & Spalding
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006

Mr. Douglas A Darch
Baker & McKenzie
300 E. Randolph Street, Suite 5000
Chicago, IL 60601

Mr. Todd A. Dawson
Baker & Hostetler
1900 E. Ninth Street
Suite 3200
Cleveland, OH 44114

Mr. Joel R. Hurt
Stember, Cohn & Davidson-Welling
429 Forbes Avenue, Suite 1616
Pittsburgh, PA 15219

Mr. Stuart M. Israel
306 S. Washington, Suite 600
Royal Oak, MI 48067-0000

Mr. Christopher Landau
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, DC 20005

Mr. Gregory Valentin Mersol
Baker & Hostetler
1900 E. Ninth Street, Suite 3200
Cleveland, OH 44114

Mr. William Thomas Payne
Feinstein, Doyle, Payne & Kravec
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219

Mr. Joshua David Rogaczewski
McDermott, Will & Emery
500 N. Capitol Street, N.W.
Washington, DC 20001

Mr. Jeffrey Richard Vlasek
Baker & Hostetler
1900 E. Ninth Street, Suite 3200
Cleveland, OH 44114

> Re: Case No. 13-1717, *United Steel, et al v. Kelsey-Hayes Company, et al*
> Originating Case No. : 4:11-cv-15497

Dear Counsel,

   Enclosed is a copy of an order filed today designated for full-text publication in the above-styled case.

                                      Yours very truly,

                                      Deborah S. Hunt, Clerk

                                      Cathryn Lovely
                                      Deputy Clerk

cc: Mr. David J. Weaver

Enclosure

Mandate to issue

RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)

File Name: 15a0168p.06

# UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

---

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC; RONALD D. STRAIT; DANNY O. STEVENS,
*Plaintiffs-Appellees*,

v.

KELSEY-HAYES COMPANY; TRW AUTOMOTIVE, INC.; TRW AUTOMOTIVE HOLDINGS CORPORATION,
*Defendants-Appellants*.

No. 13-1717

Appeal from the United States District Court
for the Eastern District of Michigan at Flint
No. 4:11-cv-15497—Gershwin A. Drain, District Judge.

Filed: July 28, 2015

Before: MERRITT, SUTTON, and GRIFFIN, Circuit Judges.

---

**ORDER**

---

GRIFFIN, Circuit Judge. On May 6, 2014, defendants filed a petition for panel rehearing, as well as a motion to stay consideration of the petition for panel rehearing, pending the Supreme Court's decision in *M & G Polymers USA, LLC v. Tackett*, Supreme Court No. 13-1010. On May 19, 2014, the majority of this panel granted appellant's motion to stay consideration of the petition for rehearing. On January 26, 2015, the Supreme Court issued its decision in *M & G Polymers USA, LLC v. Tackett*, 135 S. Ct. 926 (2015), which overruled this court's decision in *UAW v. Yard-Man, Inc.*, 716 F.2d 1476 (6th Cir. 1983).

1

No. 13-1717    *United Steel, Paper, Forestry, et al. v. Kelsey-Hayes Co., et al.*    Page 2

We now GRANT appellant's motion for panel rehearing and REMAND the case to the district court for reconsideration, and further proceedings if necessary, in light of the Supreme Court's decision in *Tackett*. The prior opinion of this panel, *United Steel, Paper and Forestry, Rubber, Manufacturing Energy, Allied Industries and Service Workers International Union v. Kelsey-Hayes Co.*, 750 F.3d 546 (6th Cir. 2014), is accordingly VACATED.

MERRITT, Circuit Judge, dissenting. I do not agree that the court should remand this case to the district court. I would conclude this case by deciding that the Kelsey-Hayes employees who are retired are entitled to vested health care benefits under the collective bargaining agreements.