-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, ALF-CIO-CLC; AND RONALD STRAIT AND DANNY O. STEVENS, FOR THEMSELVES AND OTHERS SIMILARLY SITUATED,

Plaintiffs,

v.

KELSEY-HAYES COMPANY; TRW AUTOMOTIVE, INC.; AND TRW AUTOMOTIVE HOLDINGS CORPORATION,

Defendants.
_____/

Case No. 4:11-CV-15497

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

**JUDGMENT**

The above entitled matter having come before the Court, and in accordance with the Opinion and Order entered on this date;

IT IS FURTHER ORDERED AND ADJUDGED judgment is hereby entered in favor of Plaintiffs and against Defendants.

Dated at Detroit, Michigan, this 28th, day of January, 2016.

DAVID J. WEAVER
CLERK OF THE COURT
BY:  T.Bankston
DEPUTY CLERK