IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KELSEY-HAYES COMPANY, TRW AUTOMOTIVE, INC., and TRW AUTOMOTIVE HOLDINGS CORP.,<br><br>Defendants. | CASE NO. 4:11-cv-15497<br><br>JUDGE GERSHWIN DRAIN |

Stuart M. Israel (P15359)
John G. Adam (P37205)
LEGGHIO & ISRAEL, P.C.
306 South Washington, Suite 600
Royal Oak, MI 48067
Telephone: (248) 398-5900
Email: israel@legghioisrael.com
          jga@legghioisrael.com

*Attorneys for Plaintiffs*

Joseph P. Stuligross
Cara Krueger
USW International Union
Five Gateway Center
Pittsburgh, PA 15222
(412) 562-2533
Email: jstuligross@usw.org
          ckrueger@usw.org

*Attorneys for Plaintiff USW*

Gregory V. Mersol (OH 0030838)
Todd A. Dawson (OH 0070276)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
Email:  gmersol@bakerlaw.com
             tdawson@bakerlaw.com

*Attorneys for Defendants*

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that defendants Kelsey-Hayes Company, TRW Automotive Inc., and TRW Automotive Holdings Corp., which are all of the defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order and Final Judgment entered in this action on January 28, 2016, and from all prior or other judgments and orders rendered in this case.

    Respectfully submitted,

    s/ Gregory V. Mersol
    GREGORY V. MERSOL (0030838)
    gmersol@bakerlaw.com
    TODD A. DAWSON (0070276)
    tdawson@bakerlaw.com
    BAKER & HOSTETLER LLP
    KEY TOWER
    127 PUBLIC SQUARE, SUITE 2000
    CLEVELAND, OH 44114-1214
    TELEPHONE:   (216) 621-0200
    Telephone:   (216) 621-0200
    Facsimile:   (216) 696-0740

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Gregory V. Mersol
One of the Attorneys for *Defendants*
